UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO ERNESTO CASTILLO, <br><br> Plaintiff, <br><br> v. <br><br> D. MARTIN et al., <br><br> Defendants. | Case No. 5:26-cv-01738-SB-ACCV <br><br><br> PERMANENT INJUNCTION |

The Court previously granted Petitioner Mauricio Castillo's habeas corpus petition and ex parte application for a temporary restraining order and ordered him immediate released from immigration custody.  Dkt. No. 12.  The Court stated:

> [I]n prior cases where the government has not opposed immediate release, this Court has entered a permanent injunction—using language approved by the government—requiring compliance with the applicable law on any future redetention. . . . Any party objecting to this additional relief may file a motion for reconsideration by no later than April 29, 2026.

*Id.* at 2.

On April 24, 2026, the government confirmed compliance with the Court's order to release Petitioner.  Dkt. No. 13.  No party filed a motion for reconsideration.

Accordingly, the Court orders as follows:  The government is enjoined and restrained from redetaining Petitioner absent any of the following:  (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R. § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a

1

determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

Date: May 6, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge