UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAURICIO ERNESTO CASTILLO,

      Plaintiff,

v.

D. MARTIN et al.,

      Defendants.

Case No. 5:26-cv-01738-SB-ACCV

FINAL JUDGMENT

For the reasons stated in the separate order granting Petitioner Mauricio Castillo's habeas corpus petition and application for a temporary restraining order (Dkt. No. 12) and the permanent injunction entered this date, it is ordered and adjudged that:

1. The habeas corpus petition is granted. Petitioner shall be immediately released from immigration custody.

2. The government is enjoined and restrained from redetaining Petitioner absent any of the following: (a) Petitioner's violation of his conditions of release pursuant to 8 C.F.R. § 241.13(i)(1); (b) a showing of changed circumstances under 8 C.F.R. § 241.13(i)(2) considering all the facts of the case including the factors set forth in 8 C.F.R. § 241.13(f); or (c) a determination by an authorized official that any of the conditions of 8 C.F.R. § 241.4(l)(2) are satisfied.

This is a final judgment.

Date: May 6, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1